The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELVIN J. BRENNER,<br><br>Plaintiff,<br><br>v.<br><br>DEBORAH L. BEVIER, ARIK A. AHITOV, PAUL DAVIS, DAVID M. ESKENAZY, DANIEL W. O'CONNOR, ROBERT D. SZNEWAJS, RONALD B. WOODARD, GREGG A. KAPLAN, and J. SCOTT DI VALERIO.<br><br>Defendants,<br><br>- and -<br><br>COINSTAR, INC., a Delaware Corporation,<br><br>Nominal Defendant. | Case No. 2:11-cv-00655-JCC<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS, TRANSFERRING ACTIONS, AND CONTINUING PENDING MOTIONS** |



SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
TEL. 415.788.4220 • FAX 415.788.0161

| | |
|---|---|
| MARTA/ATU LOCAL 732 EMPLOYEES RETIREMENT PLAN, Derivatively on Behalf of COINSTAR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARIK A. AHITOV, DAVID M. ESKENAZY, ROBERT D. SZNEWAJS, RONALD B. WOODARD, DEBORAH L. BEVIER, PAUL D. DAVIS, GREGG A. KAPLAN, GALEN SMITH, and J. SCOTT DI VALERIO<br><br>Defendants.<br><br>- and -<br><br>COINSTAR, INC., a Delaware Corporation,<br><br>Nominal Defendant. | Case No. 2:11-cv-00663-RSM |

The parties through their respective counsel, hereby stipulate as follows:

WHEREAS, there are presently two related shareholder derivative actions on behalf of nominal defendant Coinstar, Inc. ("Coinstar" or "the Company") pending in this Court: (i) *Brenner v. Bevier, et al.*, Case No. 2:11-cv-00655 JCC (the *"Brenner Action*"); and (ii) *MARTA/ATU Local 732 Employees Retirement Plan v. Ahitov, et al.*, Case No. 2:11-cv-00663 RSM (the "*MARTA/ATU Action*") (together, the "Derivative Actions").

WHEREAS, the Derivative Actions assert breach of fiduciary duty and related claims on behalf of Coinstar against certain of the Company's current and former officers and/or directors based on the same facts and circumstances.



SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
TEL. 415.788.4220 • FAX 415.788.0161

WHEREAS, the parties agree that (i) the Derivative Actions are related to *In re Coinstar, Inc. Securities Litigation*, Case No. 2:11-cv-00133 MJP, a securities class action on behalf of purchasers of Coinstar stock also pending in this Court before Honorable Marsha J. Pechman (the "Securities Action"); and (ii) the Derivative Actions and Securities Action involve substantially the same facts and circumstances.

WHEREAS, on April 28, 2011, counsel for plaintiff in the *MARTA/ATU Action* filed a motion to consolidate the Derivative Actions under Rule 42(a) of the Federal Rules of Civil Procedure, and to appoint lead plaintiff and lead counsel.

WHEREAS, the parties agree that the *Brenner Action* and *MARTA/ATU Action* satisfy the requirements of Rule 42(a) of the Federal Rules of Civil Procedure, and that consolidation of the Derivative Actions is appropriate and warranted.

WHEREAS, the parties agree that transferring the consolidated Derivative Actions to Judge Pechman pursuant to GR 8(b) and CR 102(a) would reduce the potential for conflicting results if these cases proceeded before different judges, support the efficient administration of these related, complex cases, and would conserve judicial resources.

WHEREAS, the parties agree that, following consolidation and transfer to Judge Pechman, any motion for appointment of lead plaintiff or lead counsel, including the pending motion filed by plaintiff *MARTA/ATU Local 732 Employees Retirement Plan*, should be re-noticed in the consolidated Derivative Actions upon transfer to Judge Pechman.

WHEREAS, the parties agree that the pending motion to consolidate and to appoint lead plaintiff and lead counsel filed by plaintiff *MARTA/ATU Local 732 Employees Retirement Plan* should be taken off calendar.

WHEREAS, the parties agree that defendants are not required to respond to the complaints filed in *Brenner* and *MARTA/ATU*, and need only respond to a consolidated complaint filed by lead counsel on behalf of the lead plaintiff, once selected.



SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
TEL. 415.788.4220 • FAX 415.788.0161

THEREFORE, the parties agree that good cause exists for the Court to enter an order consolidating the Derivative Actions, transferring the consolidated Derivative Actions to the Honorable Marsha J. Pechman pursuant to GR 8(b) for future proceedings, and deferring defendants' response to the complaints until after a consolidated complaint is filed.

IT IS SO STIPULATED.

Dated: May 9, 2011

By: /s/ Dustin L. Schubert

Robert C. Schubert (admitted *pro hac vice*)
Email: rschubert@schubertlawfirm.com
Willem F. Jonckheer (admitted *pro hac vice*)
Email: wjonckheer@schubertlawfirm.com
Dustin L. Schubert (admitted *pro hac vice*)
Email: dschubert@schubertlawfirm.com
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

Beth E. Terrell, WSBA #26759
Email: bterrell@tmdwlaw.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@tmdwlaw.com
TERRELL MARSHALL DAUDT
& WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

*Attorneys for Plaintiff Melvin Brenner*

Dated: May 9, 2011

By: /s/ Travis Downs

Travis Downs (admitted *pro hac vice*)
Email: TravisD@rgrdlaw.com
Benny C. Goodman III (admitted *pro hac vice*)
Email: BennyG@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058

Tamara J. Driscoll, WSBA #29212
Email: TamaraDriscoll@alumni.nd.edu
LAW OFFICES OF TAMARA J. DRISCOLL
321 North 80th Street
Seattle, Washington 98103
Telephone: (206) 286-1821

*Attorneys for Plaintiff MARTA/ATU Local 732 Employees Retirement Plan*

Dated: May 9, 2011

By: /s/ Barry M. Kaplan

Barry M. Kaplan, WSBA #8661
Email: bkaplan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104
Telephone: (206) 883-2500

Gregory L. Watts (to be admitted *pro hac vice*)
Email: gwatts@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300

*Attorneys for Defendants*

**ATTESTATION OF FILER**

I, Dustin L. Schubert, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: May 9, 2011

SCHUBERT JONCKHEER & KOLBE LLP

By: /s/ Dustin L. Schubert

*Attorneys for Plaintiff Melvin Brenner*



SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
TEL. 415.788.4220 • FAX 415.788.0161

**[PROPOSED] ORDER**

Good cause appearing, pursuant to the stipulation of the parties:

1. *Brenner v. Bevier, et al.*, Case No. 2:11-cv-00655 JCC and *MARTA/ATU Local 732 Employees Retirement Plan v. Ahitov, et al.*, Case No. 2:11-cv-00663 RSM are hereby consolidated for all purposes, including pretrial proceedings and trial.

2. Every pleading filed in this consolidated action, or in any separate actions included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re COINSTAR, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. 2:11-cv-00655 |
| This Document Relates To:<br>ALL ACTIONS. | |

3. The *In re Coinstar, Inc. Shareholder Derivative Litigation*, Master File No. 2:11-cv-00655 is hereby transferred to Hon. Marsha J. Pechman for all purposes, including pretrial proceedings and trial.

4. Within 7 business days after the date of this Order transferring the consolidated *In re Coinstar, Inc. Shareholder Derivative Litigation* to Hon. Marsha J. Pechman, the parties shall move the Court for an order appointing lead counsel or may otherwise reach agreement on leadership issues, to be approved by the Court. Plaintiff MARTA/ATU Local 732 Employees



SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
TEL. 415.788.4220 • FAX 415.788.0161

Retirement Plan's April 28, 2011 motion to consolidate actions and appoint lead plaintiff and lead counsel is hereby taken off calendar.

5. When a case which properly belongs as part of *In re Coinstar, Inc. Shareholder Derivative Litigation*, Master File No. 2:11-cv-00655 is hereafter filed in the Court or transferred here from another court, the Court requests the assistance of counsel for the parties in calling to the attention of the Clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the consolidated action.

6. This Order shall apply to each case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, removed to, or transferred to the Court.

7. Pursuant to Fed. R. Civ. P. 5(b)(2)(E)-(F), service by email transmission shall be permitted in addition to service via ECF notification. For non-CM/ECF participants, service shall be deemed effective upon transmission of email.

8. Defendants are not required to respond to the complaints filed in *Brenner* and *MARTA/ATU*, and need only respond to a consolidated complaint filed by lead counsel on behalf of the lead plaintiff, once selected, following consolidation.

IT IS SO ORDERED.

DATED this _____ day of _____, 2011.

______________________________

Hon. John C. Coughenour
United States District Judge



SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
TEL. 415.788.4220 • FAX 415.788.0161

CERTIFICATE OF SERVICE

I, Dustin L. Schubert, hereby certify that on May 9, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Travis Downs
TravisD@rgrdlaw.com
Benny C. Goodman III
BennyG@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058

Tamara J. Driscoll
TamaraDriscoll@alumni.nd.edu
LAW OFFICES OF TAMARA J. DRISCOLL
321 North 80th Street
Seattle, Washington 98103
Telephone: (206) 286-1821

Norman J. Slawsky
nslawsky@gmail.com
JACOBS & SLAWSKY, P.A.
315 W. Ponce De Leon Avenue, Suite 850
Decatur, Georgia 30030
Telephone: (404) 378-1711

*Attorneys for Plaintiff MARTA/ATU Local 732 Employees Retirement Plan*

Barry M. Kaplan
bkaplan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104
Telephone: (206) 883-2500

*Attorneys for Defendants*



SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
TEL. 415.788.4220 • FAX 415.788.0161

I also served the foregoing on the person(s) listed below by placing a true and correct copy with postage thereon fully prepaid in the United States mailbox at San Francisco, California addressed as follows:

Gregory L. Watts
gwatts@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300

*Attorneys for Defendants*

DATED this 9th day of May, 2011

SCHUBERT JONCKHEER & KOLBE LLP

By: /s/ Dustin L. Schubert

Robert C. Schubert (admitted *pro hac vice*)
Email: rschubert@schubertlawfirm.com
Willem F. Jonckheer (admitted *pro hac vice*)
Email: wjonckheer@schubertlawfirm.com
Dustin L. Schubert (admitted *pro hac vice*)
Email: dschubert@schubertlawfirm.com
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

TERRELL MARSHALL DAUDT
& WILLIE PLLC
Beth E. Terrell, WSBA #26759
Email: bterrell@tmdwlaw.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@tmdwlaw.com

936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

*Attorneys for Plaintiff Melvin Brenner*