**THE HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re COINSTAR INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 2:11-cv-00133 (MJP)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: September 2, 2011<br><br>ORAL ARGUMENT REQUESTED |

This matter came before the Court pursuant to Defendants' Motion to Dismiss the Consolidated Verified Shareholder Derivative Complaint and Request for Judicial Notice in support thereof. The Court, having considered the documents filed in support of and in opposition to the Motion and RJN, the argument of counsel, the pleadings and file in this action, and all other matters properly before the Court, being fully advised in the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Defendants' Request for Judicial Notice is GRANTED, and;



WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss is GRANTED in its entirety. The Consolidated Verified Amended Shareholder Complaint is DISMISSED *with prejudice*.

IT IS SO ORDERED.

Dated: ___________________, 2011

_______________________________________
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented By:

Barry M. Kaplan, WSBA #8661
Emily S. Schlesinger, WSBA #43661
**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Fax: (206) 883-2699
Email: bkaplan@wsgr.com
Email: eschlesinger@wsgr.com

Gregory L. Watts, admitted *pro hac vice*
Nicole L. Chessari, admitted *pro hac vice*
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Fax: (650) 565-5100
Email: gwatts@wsgr.com
Email: nchessari@wsgr.com

Attorneys for Defendants Arik A. Ahitov, David M. Eskenazy, Robert D. Sznewajs, Robert B. Woodard, Deborah L. Bevier, Paul D. Davis, Gregg A. Kaplan, Galen Smith, and J. Scott Di Valerio

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2011, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and served all parties via ECF.

Dated: August 12, 2011

s/Emily S. Schlesinger


WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699